# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# TRENTON DIVISION

### CASE NO.: 3:26-cv-00955

JOSH BEEMAN,

        Plaintiff,

v.

SUCCESS STRATEGIES LLC and JANE E. MEAGHER,

        Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff JOSH BEEMAN by and through his undersigned counsel, brings this Complaint against Defendants SUCCESS STRATEGIES LLC and JANE E. MEAGHER for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiff JOSH BEEMAN ("Beeman") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Beeman's original copyrighted Works of authorship.

2.    Beeman received his BFA in photography at Ohio University in 2003. Prior to starting his own photography company in 2008, he worked with Austin Bewsey Studios, a commercial photography company in Cincinnati. Beeman focuses primarily on architecture photography, using light to bring out texture and shape within a balanced composition, which sets his work apart from the rest.

3. Defendant SUCCESS STRATEGIES LLC ("Success Strategies") is the leading U.S. consulting firm specializing in homebuilder design studios, personalization strategies, and design-team training. Success Strategies provides consulting, training, and full design-studio creation services for homebuilders. The company helps builders optimize design-studio operations, elevate customer experience, and increase profitability. Their work includes building state-of-the-art design studios, training design consultants and managers, and offering strategic consulting to improve systems, pricing, and product offerings. The firm has received 30+ national awards and serves clients across the U.S. and Canada. At all times relevant herein, Success Strategies owned and operated the internet website located at the URL www.opt4success.net/create-a-design-studio/create-ultimate-design-studio (the "Website").

4. Defendant JANE E. MEAGHER ("Meagher") is the President of Success Strategies, and has worked with hundreds of builders across more than 42 states, applying her expertise in consumer purchase psychology and retail strategy to improve the homebuyer experience and increase option sales. She has also created or overseen the creation of 170+ award-winning design studios and founded the industry's top certification program, DC PRO, through The National Design Studio Institute.

5. Defendants Success Strategies and Meagher are collectively referred to herein as "Defendants".

6. Beeman alleges that Defendants copied Beeman's copyrighted Works from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with their business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Defendants are subject to personal jurisdiction in New Jersey.

10. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

11. Success Strategies LLC is a New Jersey Limited Liability Company, with its principal place of business at 15 Wildflower Court, Manalapan, NJ, 07726-2860, and can be served by serving its Registered Agent, Jane Meagher, at the same address.

12. Jane E. Meagher is an individual residing in Manalapan, New Jersey, and can be served at the same address.

## THE COPYRIGHTED WORKS AT ISSUE

13. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, which are shown below, and which are referred to herein as the "Works."

| **Title** | **Registration Date** | **Registration Number** |
|---|---|---|
| Design_Center_028 | February 10, 2023 | VA 2-335-749 |
| Design_Center_150 | February 10, 2023 | VA 2-335-749 |
| Design_Center_035 | February 10, 2023 | VA 2-335-749 |



Design_Center_028 (above)



Design_Center_035 (above)



Design_Center_150 (above)

14. Beeman registered the Works with the Register of Copyrights on February 10, 2023 as part of a group registration. The Group Registration was assigned registration number VA 2-335-749. The Certificate of Registration is attached hereto as **Exhibit 1**.

15. At all relevant times Beeman was the owner of the copyrighted Works.

## INFRINGEMENT BY DEFENDANTS

16. Defendants have never been licensed to use the Works for any purpose.

17. On a date after the Works at issue in this action were created, but prior to the filing of this action, Defendants copied the Works.

18. On or about January 10, 2025, Beeman discovered the unauthorized use of his Works on the Website.

19. Defendants copied Beeman's copyrighted Works without Beeman's permission.

20. After Defendants copied the Works, they made further copies and distributed the Works on the internet to promote the sale of goods and services as part of their consulting business.

21. Defendants copied and distributed Beeman's copyrighted Works in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

22. Defendants committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

23. Beeman never gave Defendants permission or authority to copy, distribute or display the Works for any purpose.

24. Beeman notified Defendants of the allegations set forth herein on July 1, 2025, and August 4, 2025. To date, this matter has not been resolved.

25. As of January 30, 2026, the Works are still on the Website.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

26. Beeman incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Beeman owns valid copyrights in the Works.

28. Beeman registered the Works with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Defendants copied, displayed, and distributed the Works and made derivatives of the Works without Beeman's authorization in violation of 17 U.S.C. § 501.

30. Defendants performed the acts alleged in the course and scope of its business activities.

31. Defendants' acts were willful.

32. Beeman has been damaged.

33. The harm caused to Beeman has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

34. Beeman incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Works.

36. Defendants have a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Works.

37. Despite having the ability to stop the infringed Works from being displayed on its Website, Defendants allowed the materials to remain up for display.

38. To the extent that the actions described above were performed by the third-party alone, Defendants is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Works without Beeman's authorization in violation of 17 U.S.C. § 501.

39. Beeman has been damaged.

40. The harm caused to Beeman has been irreparable.

WHEREFORE, the Plaintiff JOSH BEEMAN prays for judgment against the Defendants SUCCESS STRATEGIES LLC AND JANE E. MEAGHER that:

    a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Defendants be required to pay Beeman his actual damages and Defendants' profits attributable to the infringement, or, at Beeman's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Beeman be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Beeman be awarded pre- and post-judgment interest; and

    e. Beeman be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Beeman hereby demands a trial by jury of all issues so triable.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

Dated: January 30, 2026                           Respectfully submitted,

                                                                  */s/ Rebecca A. Kornhauser*
                                                                  REBECCA A. KORNHAUSER
                                                                  Bar Number: 517662024
                                                                  rebecca.kornhauser@sriplaw.com

                                                                  **SRIPLAW, P. A.**
                                                                  41 Madison Avenue
                                                                  25th Floor
                                                                  New York, New York 10010
                                                                  646.517.3534 – Telephone
                                                                  561.404.4353 – Facsimile

                                                                  *Counsel for Plaintiff Josh Beeman*